NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3274

DAVID GALLOWAY,

Petitioner,

v.

DEPARTMENT OF AGRICULTURE,

Respondent.

Petition for review of the Merit Systems Protection Board
in AT0752061173-B-1.

ON MOTION

Before SCHALL, <u>Circuit Judge</u>

O R D E R

We treat David Galloway's letter as a renewed motion for leave to proceed in forma pauperis. We note that Galloway has not filed a Fed. Cir. R. 15(c) statement concerning discrimination.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid and a Rule 15(c) statement must be filed within 21 days from the date of filing of this order.

FOR THE COURT

DEC 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David Galloway (Rule 15(c) form enclosed)
Jessica R. Toplin, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2009

JAN HORBALY
CLERK